FIRST DEPARTMENT, MAY, 1972

(May 2, 1972)

(Republished)

■ In the Matter of C. JAMES LOMBARDI, JR., Petitioner, v. IVAN WARNER et al., Respondents.— Application denied and petition dismissed, without costs and without disbursements. The order of this court entered on April 27, 1972 [39 A D 2d 644], is vacated. No opinion. Concur — Nunez, J. P., Kupferman, Murphy and McNally, JJ.